NOT PRECEDENTIAL
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1676

_____

KATIE SCZESNY; JAMIE RUMFIELD; DEBRA HAGEN;
MARIETTE VITTI,
Appellants
v.

PHILIP MURPHY, in his official and personal capacity;
STATE OF NEW JERSEY

_____

On Appeal from the United States District Court
for the District Court of New Jersey
(D.C. Civil No. 3:22-cv-02314)

_____

ORDER AMENDING OPINION

The Honorable Peter J. Phipps filed a dissenting opinion in this case. The dissenting opinion was omitted at the time the Clerk entered the order on the docket. An amended opinion which includes the dissenting opinion will be entered on the docket.

For the Court,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT,

Clerk

Date: March 14, 2025
Tmm/cc: All Counsel of Record